1
2
3
4
5
6
7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY SWM                       DEPUTY

JS-6

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   JACQUELINE SUE INGELS,          )   Case No. SACV 12-515 AN
                                      )
11              Plaintiff,            )   JUDGMENT
                                      )
12        v.                          )
                                      )
13   CAROLYN W. COLVIN, ACTING,       )
     COMMISSIONER OF THE SOCIAL       )
14   SECURITY ADMINISTRATION,         )
                                      )
15              Defendant.            )
     ─────────────────────────────    )
16

17        For the reasons set forth in the accompanying memorandum and order, it is hereby

18   ADJUDGED AND DECREED THAT, (1) Plaintiff's request for an order remanding the

19   case for further proceedings is GRANTED; (2) the Commissioner's request for an order

20   affirming the Commissioner's final decision and dismissing the action is DENIED; and

21   (3) judgment is hereby entered in Plaintiff's favor.

22

23   DATED:    April 11, 2013        _____
                                             ARTHUR NAKAZATO
24                                   UNITED STATES MAGISTRATE JUDGE

25
26
27
28