STEPHANIE YONEKURA
Acting United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division
Jean M. Turk; CA State Bar No.: 131517
Special Assistant United States Attorney
  Assistant Regional Counsel
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415)977-8935
Fax: (415) 744-0134
E-mail: jean.turk@ssa.gov

Attorneys for Defendant
CAROLYN W. COLVIN

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOURTHERN DIVISION

| | |
|---|---|
| JACQUELINE SUE INGELS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN Acting, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | SA CV 12-00515 AN<br><br>JUDGMENT FOR PLAINTIFF |

The Court having approved the stipulation of the parties to reopen this case for the purpose of entering judgment for Plaintiff, the Court hereby grants judgment for Plaintiff.

DATE: December 10, 2014

*[signature]*

ARTHUR NAKAZATO
United States Magistrate Judge

-1-