**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Jacqueline Sue Ingels

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SUE INGELS,<br><br>　　Plaintiff,<br><br>　　v<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　Defendant. | No. SACV 12-00515 AN<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

　　IT IS ORDERED that the Commissioner shall pay the amount of FIVE THOUSAND FIVE HUNDRED DOLLARS and NO CENTS ($5,500.00) for attorney fees, 28 U.S.C. § 1920 and THREE HUNDRED FIFTY DOLLARS and NO CENTS ($350.00) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated:　　　February 5, 2015

　　　　　　　　　　　　　　　　　　　　　　/s/ Arthur Nakazato
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE ARTHUR NAKAZATO
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1